

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, LP and KENNETH BEAUFORD | § | No. 08-23-00096-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 70th Judicial District Court |
| v. | | |
| | § | of Ector County, Texas |
| ELMER SANCHEZ, | | |
| | § | (TC# A-18-01-0127-CV) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF FEBRUARY 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.